## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MGM ENTERPRISES, INC.,** | : | |
| Plaintiff | : | No. 1:22-cv-00588 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **ROCKINGHAM INSURANCE CO.,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 11th day of August, 2022, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant Rockingham Insurance Co. ("Defendant")'s motion to dismiss (Doc. No. 7) is **GRANTED**;

2. Plaintiff MGM Enterprises, Inc. ("Plaintiff")'s amended complaint (Doc. No. 6) is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk of the Court is directed to **CLOSE** this case.

<p style="margin-left:50%">s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania</p>